UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 4:19-CV-98-FL

| | |
|---|---|
| NORMAN CHOYCE, <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | ORDER |

UPON CONSIDERATION OF the United States' Unopposed Motion for a One-Day Extension of time to file its Answer to Plaintiff's Complaint, and the entire record,

IT IS HEREBY ORDERED on this 13th day of September, 2019, that the United States' Motion for One-Day Extension of Time to File its Answer until September 11, 2019 is GRANTED;

THE CLERK'S OFFICE IS DIRECTED to file the Answer attached to the United States' motion and such filing shall be deemed timely filed as of September 11, 2019 in accord with this Order extending time to file.

SO ORDERED.

_____
LOUISE W. FLANAGAN
United States District Judge

1